UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE HENRY SCOTT, III,

    Plaintiff,

v.                                     Case No. 3:19cv3750-TKW-MJF

DAVID MORGAN, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge that this case is due to be dismissed based on Petitioner's failure to pay the filing fee and failure to comply with court orders.[1] Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted by the Court and incorporated into this Order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

---

[1] The Court did not overlook the fact that the Orders with which Plaintiff did not comply were returned by the postal service as undeliverable. *See* Docs. 8, 9. However, that does not necessarily excuse his noncompliance or preclude the dismissal of this case because Plaintiff was responsible for keeping the Court apprised of his current address and his failure to do so is tantamount to an abandonment of the case and a failure to prosecute.

**DONE and ORDERED** this 22nd day of June, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**